IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO. 1:13-cv-05967

LISA LYNCH,

    Plaintiff,

v.

BARRY K. ARRINGTON LAW OFFICE, LLC
and BARRY K. ARRINGTON, an individual

    Defendants.



FILED
APR 2 5 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Barry K. Arrington, an individual ("Arrington"), moves the Court to enter judgment on the pleadings in his favor on the Complaint herein as it applies to him pursuant to Federal Rule of Civil Procedure 12(c). Arrington has filed a memorandum in support of this motion simultaneously herewith. Arrington appears for himself only. He does not appear for Defendant Barry K. Arrington Law Office, LLC.

_____
Barry K. Arrington, *pro se*
7340 East Caley Avenue
Suite 360
Centennial, Colorado  80111
E-Mail: barry@arringtonpc.com
Phone: 303.205.7870
Fax: 303.463.0410

1

## CERTIFICATE OF MAILING

The undersigned certifies that on April 24, 2014 he mailed a true and correct copy of the forgoing via first-class mail to:

Russell S. Thompson, IV
Thompson Consumer Law Group, PLLC
5235 East Southern Avenue
D106-618
Mesa, Arizona   85206

David Weiss Lipschutz
2551 N. Clark Street
Suite 300
Chicago, Illinois   60614

Alexander D Weisberg
Weisberg & Meyers, LLC
5722 South Flamingo Road
Suite 656
Cooper City, Florida   33330

_____
Barry K. Arrington